**FILED**
December 4, 2008
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF
CALIFORNIA

DEPUTY CLERK

UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,       )
                                )    Case No. CR.S-08-0557-EJG
            Plaintiff,          )
v.                              )    ORDER FOR RELEASE OF
                                )    PERSON IN CUSTODY
RICHARD PAUL GODLEY,            )
                                )
            Defendant.          )

TO:   UNITED STATES MARSHAL:

This is to authorize and direct you to release RICHARD PAUL GODLEY, Case No. CR.S-08-0557-EJG from custody subject to the conditions contained in the attached "Notice to Defendant Being Released" and for the following reasons:

___   Release on Personal Recognizance

___   Bail Posted in the Sum of: $ ___

      ___   Unsecured Appearance Bond

      ___   Appearance Bond with Surety

 X    (Other) Conditions as previously stated on the record.

___   (Other)

This release order is not effective until the date defendant has signed and understands the attached "Notice to Defendant Being Released".

Issued at  Sacramento, CA  on  12/4/08  at  3:37 a.m.

By  /s/ Edmund F. Brennan
    Edmund F. Brennan
    United States Magistrate Judge