DANIEL J. BRODERICK, Bar# 89424
Federal Defender
LAUREN D. CUSICK, Bar #CA 257570
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California  95814
Telephone (916) 498-5700

Attorney for Defendant
RICHARD P. GODLEY

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>            ) <br>       Plaintiff, )<br>            )<br>       v. )<br>            )<br>RICHARD P. GODLEY, )<br>            )<br>       Defendant. )<br>            )<br>_____) | Cr.S. 08-557-EJG<br><br>**STIPULATION AND ORDER**<br><br>DATE: January 30, 2009<br>TIME: 10:00 a.m.<br>JUDGE: Hon. Edward J. Garcia |

   It is hereby stipulated and agreed to between the United States of America through KYLE REARDON, Assistant U.S. Attorney, and defendant, RICHARD P. GODLEY, by and through his counsel, LAUREN CUSICK, Assistant Federal Defender, that the status conference set for Friday, January 16, 2009, be continued to Friday, January 30, 2009 at 10:00 a.m.

   The reason for this continuance is to allow defense counsel additional time to review discovery with the defendant, to examine possible defenses and to continue investigating the facts of the case.

   Speedy trial time is to be excluded from the date of this order through the date of the status conference set for January 30, 2009

pursuant to 18 U.S.C. §§ 3161 (h)(8)(B)(iv) [reasonable time to prepare] (Local Code T4).

DATED: January 14, 2009      Respectfully submitted,

                             DANIEL J. BRODERICK
                             Federal Defender

                             /S/ Lauren D. Cusick
                             LAUREN D. CUSICK
                             Assistant Federal Defender
                             Attorney for Defendant
                             RICHARD P. GODLEY


DATED: January 14, 2009      LAWRENCE G. BROWN
                             Acting United States Attorney


                             /s/ Lauren D. Cusick for
                             KYLE REARDON
                             Assistant U.S. Attorney
                             Attorney for Plaintiff


**O R D E R**

**IT IS SO ORDERED.** Time is excluded from today's date through and including January 30, 2009 in the interests of justice pursuant to 18 U.S.C. §3161(h)(8)(B)(iv) [reasonable time to prepare] and Local Code T4.

DATED: Jan 15, 2009.         /s/ Edward J. Garcia
                             EDWARD J. GARCIA
                             United States District Judge