1  DANIEL J. BRODERICK, #89424
   Federal Defender
2  MICHAEL PETRIK, Jr., #177913
   Staff Attorney
3  Designated Counsel For Service
   801 I Street, 3rd Floor
4  Sacramento, California 95814
   Telephone: (916) 498-5700
5

6  Attorneys for Defendant
   RICHARD PAUL GODLEY
7

8                    UNITED STATES DISTRICT COURT

9                    EASTERN DISTRICT OF CALIFORNIA

10 UNITED STATES OF AMERICA,    ) No. 08-CR-557-EJG
                                )
11              Plaintiff,      ) STIPULATION AND ORDER
                                )
12      v.                      ) Date:  May 8, 2009
                                ) Time:  10:00 a.m.
13 RICHARD PAUL GODLEY,         ) Judge: Hon. Edward J. Garcia
                                )
14              Defendant.      )
   _____)
15

16     IT IS HEREBY STIPULATED by the parties, through their respective

17 counsel, Kyle Reardon, Assistant United States Attorney, and Michael

18 Petrik, Jr., attorney for Mr. Godley, that the Court should vacate the

19 status conference scheduled for May 8, 2009, at 10:00 a.m., and reset

20 it for June 19, 2009, at 10:00 a.m.

21     Counsel for Mr. Godley, who has just become attorney of record,

22 requires the continuance in order to review discovery fully, and to

23 become familiar with the issues this case presents.

24     It is further stipulated between the parties that the Court should

25 exclude the period from the date of this order through June 19, 2009,

26 when it computes the time within which the trial of the above criminal

27

28 STIPULATION AND [PROPOSED ORDER]       1              08-CR-557-EJG

prosecution must commence for purposes of the Speedy Trial Act. The parties stipulate that the ends of justice served by granting Mr. Godley's request for a continuance outweigh the best interest of the public and Mr. Godley in a speedy trial, and that this is an appropriate exclusion of time for defense preparation within the meaning of 18 U.S.C. § 3161(h)(8)(B)(iv) (Local Code T4).

Dated: May 6, 2009                        Respectfully submitted,

                                          DANIEL BRODERICK
                                          Federal Defender

                                          /s/ M.Petrik
                                          _____
                                          MICHAEL PETRIK, Jr.
                                          Staff Attorney
                                          Attorneys for Defendant


Dated: May 6, 2009                        LAWRENCE G. BROWN
                                          Acting United States Attorney

                                          /s/ M.Petrik for Kyle Reardon
                                             (by consent via email)
                                          _____
                                          KYLE REARDON
                                          Assistant U.S. Attorney


**ORDER**

**IT IS SO ORDERED.**

DATED: May 6, 2009                        /s/ Edward J. Garcia
                                          _____
                                          HON. EDWARD J. GARCIA
                                          United States District Judge

STIPULATION AND [PROPOSED ORDER]      2                         08-CR-557-EJG