```
 1  DANIEL J. BRODERICK #89424
    Federal Defender
 2  MICHAEL PETRIK, Jr. #177913
    Assistant Federal Defender
 3  Designated Counsel For Service
    801 I Street, 3rd Floor
 4  Sacramento, California 95814
    Telephone: (916) 498-5700
 5

 6  Attorneys for Defendant
    RICHARD PAUL GODLEY
 7
```

8                    UNITED STATES DISTRICT COURT

9                   EASTERN DISTRICT OF CALIFORNIA

```
10  UNITED STATES OF AMERICA,  )  No. 08-CR-557-EJG
                               )
11              Plaintiff,     )  STIPULATION AND ORDER
                               )
12      v.                     )  Date:  July 31, 2009
                               )  Time:  10:00 a.m.
13  RICHARD PAUL GODLEY,       )  Judge: Hon. Edward J. Garcia
                               )
14              Defendant.     )
    _____)
15
```

16      IT IS HEREBY STIPULATED by the parties, through their respective

17 counsel, S. Robert Tice-Raskin for Kyle Reardon, Assistant United

18 States Attorneys, and Michael Petrik, Jr., attorney for Mr. Godley,

19 that the Court should vacate the status conference scheduled for July

20 31, 2009, at 10:00 a.m., and reset it for September 4, 2009, at 10:00

21 a.m.

22      Counsel for Mr. Godley requires this further continuance in order

23 to review discovery fully, and to become familiar with the issues this

24 case presents.

25      It is further stipulated between the parties that the Court should

26 exclude the period from the date of this order through September 4,

27

28 STIPULATION AND [PROPOSED ORDER]          1                    08-CR-557-EJG

2009, when it computes the time within which the trial of the above criminal prosecution must commence for purposes of the Speedy Trial Act.  The parties stipulate that the ends of justice served by granting Mr. Godley's request for a continuance outweigh the best interest of the public and Mr. Godley in a speedy trial, and that this is an appropriate exclusion of time for defense preparation within the meaning of 18 U.S.C. § 3161(h)(7)(A) and (B) (Local Code T4).

Dated: July 16, 2009                  Respectfully submitted,

                                      DANIEL BRODERICK
                                      Federal Defender

                                      /s/ M.Petrik
                                      _____
                                      MICHAEL PETRIK, Jr.
                                      Assistant Federal Defender
                                      Attorneys for Defendant


Dated: July 16, 2009                  LAWRENCE G. BROWN
                                      Acting United States Attorney

                                      /s/ S. Robert Tice-Raskin
                                      _____
                                      S. ROBERT TICE-RASKIN
                                      Assistant U.S. Attorney


**ORDER**

**IT IS SO ORDERED.**

DATED: July 16, 2009_____  /s/ Edward J. Garcia_____
                                   HON. EDWARD J. GARCIA
                                   United States District Judge

STIPULATION AND [PROPOSED ORDER]        2                08-CR-557-EJG