1  BENJAMIN B. WAGNER
   United States Attorney
2  KYLE REARDON
   Assistant U.S. Attorney
3  501 I Street, Suite 10-100
   Sacramento, California  95814
4  Telephone:  (916) 554-2700

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 2:08-cr-00557 EJG |
| | ) | |
| Plaintiff, | ) | PRELIMINARY ORDER OF |
| | ) | FORFEITURE |
| v. | ) | |
| | ) | |
| RICHARD PAUL GODLEY, | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

   Based upon the plea agreement and the stipulation and application for preliminary order of forfeiture entered into between plaintiff United States of America and defendant Richard Paul Godley, it is hereby ORDERED, ADJUDGED AND DECREED as follows:

   1.  Pursuant to 18 U.S.C. § 2253, defendant Richard Paul Godley's interest in the following property shall be condemned and forfeited to the United States of America, to be disposed of according to law:

   a)  One HP Tower, serial number US03158782; and

   b)  One Western Digital brand, 45 GB hard drive, serial number WMA2E1129357.

1                                               Preliminary Order of Forfeiture

1    2.   The above-listed property constitutes property
2 containing visual depictions of minors engaged in sexually
3 explicit conduct produced, transported, shipped or received in
4 violation of 18 U.S.C. § 2252(a)(2) and/or was used or intended
5 to be used in any manner or part to commit and to promote the
6 commission of the aforementioned violation.
7    3.   Pursuant to Rule 32.2(b), the Attorney General (or a
8 designee) shall be authorized to seize the above-listed property.
9 The aforementioned property shall be seized and held by the
10 United States, in its secure custody and control.
11    4.   a.   Pursuant to 18 U.S.C. § 2253(b), incorporating 21
12 U.S.C. § 853(n), and Local Rule 171, the United States shall
13 publish notice of the order of forfeiture.  Notice of this Order
14 and notice of the Attorney General's (or a designee's) intent to
15 dispose of the property in such manner as the Attorney General
16 may direct shall be posted for at least 30 consecutive days on
17 the official internet government forfeiture site
18 www.forfeiture.gov.  The United States may also, to the extent
19 practicable, provide direct written notice to any person known to
20 have alleged an interest in the property that is the subject of
21 the order of forfeiture as a substitute for published notice as
22 to those persons so notified.
23         b.   This notice shall state that any person, other
24 than the defendant, asserting a legal interest in the above-
25 listed property, must file a petition with the Court within sixty
26 (60) days from the first day of publication of the Notice of
27 Forfeiture posted on the official government forfeiture site, or
28 within thirty (30) days from receipt of direct written notice,

1  whichever is earlier.
2      5.  If a petition is timely filed, upon adjudication of all
3  third-party interests, if any, this Court will enter a Final
4  Order of Forfeiture pursuant to 18 U.S.C. § 2253 in which all
5  interests will be addressed.
6      SO ORDERED this 21st day of    December         , 2009.
7
8                                    /s/ Edward J. Garcia
                                     EDWARD J. GARCIA
9                                    United States District Judge