```
 1  BENJAMIN B. WAGNER
    United States Attorney
 2  KYLE REARDON
    Assistant U.S. Attorney
 3  501 I Street, Suite 10-100
    Sacramento, California  95814
 4  Telephone:  (916) 554-2700
```

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 2:08-cr-00557 EJG |
| | ) | |
| Plaintiff, | ) | FINAL ORDER OF FORFEITURE |
| | ) | |
| v. | ) | |
| | ) | |
| RICHARD PAUL GODLEY, | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

   WHEREAS, on or about January 4, 2010, this Court entered a Preliminary Order of Forfeiture pursuant to the provisions of 18 U.S.C. § 2253 based upon the plea agreement and the stipulation and application for preliminary order of forfeiture and publication thereof entered into between plaintiff and defendant Richard Paul Godley forfeiting to the United States the following property:

   a) One HP Tower, serial number US03158782; and

   b) One Western Digital brand, 45 GB hard drive, serial number WMA2E1129357.

   AND WHEREAS, beginning on January 23, 2010, for at least 30 consecutive days, the United States published notice of the

1

1  Court's Order of Forfeiture on the official internet government
2  forfeiture site www.forfeiture.gov.  Said published notice
3  advised all third parties of their right to petition the Court
4  within sixty (60) days from the first day of publication of the
5  notice for a hearing to adjudicate the validity of their alleged
6  legal interest in the forfeited property;
7      AND WHEREAS, the Court has been advised that no third party
8  has filed a claim to the subject property, and the time for any
9  person or entity to file a claim has expired.
10      Accordingly, it is hereby ORDERED and ADJUDGED:
11      1.  A Final Order of Forfeiture shall be entered forfeiting
12  to the United States of America all right, title, and interest in
13  the above-listed property pursuant to 18 U.S.C. § 2253, to be
14  disposed of according to law, including all right, title, and
15  interest of Richard Paul Godley.
16      2.  All right, title, and interest in the above-listed
17  property shall vest solely in the United States of America.
18      3.  The United States shall maintain custody of and control
19  over the subject property until it is disposed of according to
20  law.
21      SO ORDERED this 26  day of   March  , 2010.

                                     /s/Edward J. Garcia
                                    EDWARD J. GARCIA
                                    United States District Judge

2