UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

----oo0oo----

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>   v.<br><br>RICHARD PAUL GODLEY,<br><br>        Defendant. | CR.  NO. 2:08-557 WBS<br><br>ORDER |

----oo0oo----

On April 4, 2014, defendant Richard Paul Godley, a prisoner proceeding pro se, filed an amended "Motion Pursuant to 18 U.S.C. §§ 3231 and 3742 to Vacate and/or Correct Sentence." (Docket No. 42.)  The United States shall file an opposition to defendant's motion no later than May 7, 2014.  Defendant may then file a reply no later than May 23, 2014.  The court will then

1

take the motion under submission and inform the parties if oral argument or further proceedings are necessary.

IT IS SO ORDERED.

Dated:  April 8, 2014

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE