1  Kresta Nora Daly, SBN 199689
   **BARTH DALY LLP**
2  431 "I" Street, Suite 201
   Sacramento, California 95814
3  Telephone: (916) 440-8600
   Facsimile:  (916) 440-9610
4  Email:  kdaly@barth-daly.com

5  Attorneys for Defendant
   RICHARD PAUL GODLEY

6

7

8              IN THE UNITED STATES DISTRICT COURT

9             FOR THE EASTERN DISTRICT OF CALIFORNIA

10

| | |
|---|---|
| 11  UNITED STATES OF AMERICA, | Case No. 2:08-CR-00557-WBS |
| 12           Plaintiff, | **STIPULATION AND ORDER** |
| 13       v. | |
| 14  RICHARD PAUL GODLEY, | |
| 15           Defendant. | |

16

17       It is hereby stipulated and agreed to between the United States of America through Kyle

18  Reardon, Assistant United States Attorney, and defendant, Richard Paul Godley, through his

19  counsel, Kresta Nora Daly, that the status conference set for August 4, 2014 be vacated.  The

20  parties request a new status conference for August 25, 2014.

21  ///
22  ///
23  ///
24  ///
25  ///
26  ///
27  ///
28  ///

{00013245}                          - 1 -

STIPULATION AND [PROPOSED] ORDER                            [Case No. 2:12-CR-00271-TLN]

Dated:  July 30, 2014.          Respectfully submitted,

                                BARTH DALY LLP

                                By  /s/ Kresta Nora Daly
                                    KRESTA NORA DALY
                                    Attorneys for Richard Paul Godley


Dated:  July 30, 2014.          By  /s/ Kresta Nora Daly for
                                    KYLE REARDON
                                    Assistant United States Attorney


**ORDER**

**IT IS SO ORDERED.**

Dated:  July 30, 2014

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE