UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

----oo0oo----

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>             Plaintiff,<br><br>     v.<br><br>RICHARD PAUL GODLEY,<br><br>             Defendant. | CR.  NO. 2:08-557 WBS<br><br>ORDER |

----oo0oo----

On October 29, 2014, defendant Richard Paul Godley filed a Motion to Correct Sentence pursuant to 28 U.S.C. § 2255. (Docket No. 59.)  The United States shall file an opposition to defendant's motion no later than December 1, 2014.  Defendant may then file a reply no later than December 15, 2014.  The court

1

1 | will then take the motion under submission and inform the parties
2 | if oral argument or further proceedings are necessary.
3 |            IT IS SO ORDERED.
4 | Dated:  November 3, 2014

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE