BENJAMIN B. WAGNER
United States Attorney
TODD A. PICKLES
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile:  (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 2:08-CR-00557 WBS |
|---|---|
| Plaintiff, | STIPULATION AND ORDER TO CONTINUE DATE FOR UNITED STATES'S RESPONSE TO DEFENDANT'S MOTION TO CORRECT SENTENCE |
| v. | |
| RICHARD PAUL GODLEY, | |
| Defendant. | |

    The United States of America, through the undersigned Assistant United States Attorney, and defendant through his undersigned counsel of record hereby stipulate as follows:

    1.    On October 29, 2014, defendant through counsel filed a motion to correct his sentence pursuant to 28 U.S.C. § 2255.  *See* Dckt. No. 59.

    2.    On November 4, 2014, the Court issued an order requiring the United States to submits its opposition by December 1, 2014.  *See* Dckt. No. 61.

    3.    On November 7, 2014, the undersigned was assigned as counsel for the United States in this case.  The undersigned was not the counsel for the change of plea and sentencing hearings that are the subject of defendant's § 2255 motion.

    4.    Counsel for the United States needs additional time to review the file, to seek a court order and obtain evidence from defendant's former counsel who is alleged to have been ineffective, and to research and draft the United States's response to defendant's § 2255 motion.

5. Accordingly, the parties agree and respectfully request that the Court order that the United States's opposition shall be due on or before March 2, 2015.  Defendant's reply, if any, shall be due on or before March 30, 2015.

IT IS SO STIPULATED.

Dated:  November 14, 2014                         BENJAMIN B. WAGNER
                                                  United States Attorney

                                            By:   /s/ Todd A. Pickles
                                                  TODD A. PICKLES
                                                  Assistant United States Attorney

Dated:  November 14, 2014                         BARTH DALY LLP

                                            By:   /s/ Todd A. Pickles for
                                                  KRESTA N. DALY, ESQ.
                                                  For defendant Richard Godley

## **ORDER**

For good cause showing, the Court hereby ADOPTS the parties' Stipulation and ORDERS that the United States's response to defendant's motion to correct his sentence is due on or before March 2, 2015.  Defendant's reply brief, if any, shall be due on or before March 30, 2015.  The Court will thereafter take the matter under submission and will inform the parties if oral argument or further proceedings are necessary.

IT IS SO ORDERED.

Dated:  November 14, 2014

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE