Kresta Nora Daly, SBN 199689
**BARTH DALY LLP**
431 "I" Street, Suite 201
Sacramento, California 95814
Telephone: (916) 440-8600
Facsimile:  (916) 440-9610
Email:  kdaly@barth-daly.com

Attorneys for Defendant
RICHARD GODLEY

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>          Plaintiff,<br><br>     v.<br><br>RICHARD GODLEY,<br><br>          Defendant. | Case No. 2:08-CR-00557 WBS<br><br>**STIPULATION AND [PROPOSED]<br>ORDER** |

It is hereby stipulated and agreed to between the United States of America through Todd Pickles, Assistant U.S. Attorney, and defendant Richard Godley, through his counsel, Kresta Nora Daly, that the hearing set for July 20, 2015 be vacated and that a hearing date be set for August 24, 2015 at 9:30 a.m.

///

///

///

///

{00016576}

STIPULATION AND [PROPOSED] ORDER
[CASE NO. 2: 08-CR-00557-WBS]

1

Dated: July 15, 2015          Respectfully submitted,

                              BARTH DALY LLP


                              By      /s/ Kresta Nora Daly
                                    KRESTA NORA DALY
                              Attorneys for RICHARD GODLEY


Dated: July 15, 2015.         By      /s/ Kresta Nora Daly
                                    TODD PICKLES
                              Assistant United States Attorney


**O R D E R**

**IT IS SO ORDERED.**

Dated: July 17, 2015

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

{00016576}

Stipulation and [Proposed] Order                               2:08-CR-00557-WBS