Kresta Nora Daly, SBN 199689
**BARTH DALY LLP**
431 "I" Street, Suite 201
Sacramento, California 95814
Telephone: (916) 440-8600
Facsimile:  (916) 440-9610
Email:  kdaly@barth-daly.com

Attorneys for Defendant
RICHARD GODLEY

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:08-CR-00557 WBS |
| Plaintiff, | **WRIT OF HABEAS CORPUS AD TESTIFICANDUM** |
| v. | |
| RICHARD GODLEY, | |
| Defendant. | |

TO THE HONORABLE William B. Schubb, Judge: Richard Godley, by and through his counsel, Kresta Nora Daly, hereby petitions this Court for a Writ of Habeas Corpus Ad Testificandum to cause the United States Marshal, or any other duly authorized federal law enforcement officers to deliver Mr. Godley from the Federal Correctional Facility at Lompoc to the United States District Court for the Eastern District of California for a hearing expected to commence on August 24, 2015.  Mr. Godley further requests this Court order the United States Marshal house Mr. Godley at a facility located in the Eastern District until further order of this Court.

The following facts and circumstances support this petition:  Mr. Godley is currently confined at the Federal Correctional Facility located in Lompoc, California.  Mr. Godley was previously convicted and sentenced.  There were several prior court appearances at which Mr.

Godley, through his undersigned counsel, argued he must be re-sentenced. Counsel for Mr. Godley waived his appearance at those prior court appearances.

Mr. Godley and his counsel both desire Mr. Godley be present for all future court appearances. Mr. Godley has a right to be present.

> The Court has assumed that, even in situations where the defendant is not actually confronting witnesses or evidence against him, he has a due process right "to be present in his own person whenever his presence has a relation, reasonably substantial, to the fulness of his opportunity to defend against the charge." *Snyder v. Massachusetts,* 291 U.S. 97, 105–106, 54 S.Ct. 330, 332, 78 L.Ed. 674 (1934). Although the Court has emphasized that this privilege of presence is not guaranteed "when presence would be useless, or the benefit but a shadow," [Citation omitted], due process clearly requires that a defendant be allowed to be present "to the extent that a fair and just hearing would be thwarted by his absence," *Id.,* [Citation omitted]. Thus, a defendant is guaranteed the right to be present at any stage of the criminal proceeding that is critical to its outcome if his presence would contribute to the fairness of the procedure.

*Kentucky v. Stincer*, (1987), 482 U.S. 730, 745.

WHEREFORE, I respectfully request the Clerk of the Court be directed to issue a Writ of Habeas Corpus Ad Testificandum commanding the United States Marshal or any other duly authorized federal law enforcement officers to take Richard Godley into their custody and to produce Richard Godley in the United States Courthouse in Sacramento, California on August 24, 2015 and continuing until further order of this court.

Dated: July 17, 2015           Respectfully submitted,

                               BARTH DALY LLP


                               By    /s/ Kresta Nora Daly
                                     KRESTA NORA DALY
                                 Attorneys for RICHARD GODLEY

BARTH DALY LLP
Attorneys At Law
Sacramento, California

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No. 2:08-CR-00557 WBS |
| Plaintiff, ) | **ORDER FOR WRIT OF HABEAS CORPUS AD TESTIFICANDUM** |
| v. ) | |
| RICHARD GODLEY, ) | |
| Defendant. ) | |

Richard Godley, Reg No. 18289-097, a necessary and material party and witness in proceedings in this case on August 24, 2015, is confined in FCI Lompoc, 3600 Guard Road Lompoc, CA 93436, in the custody of the Warden thereof; in order to secure this inmate's attendance it is necessary that a Writ of Habeas Corpus ad Testificandum issue commanding the custodian to produce the inmate in Courtroom No. 5, 14th floor, United States Courthouse, 501 I Street, Sacramento, California on August 24, 2015 at 9:15am.

ACCORDINGLY IT IS ORDERED that:

1. A Writ of Habeas Corpus Ad Testificandum issue under seal of this court, commanding the Warden, or any other duly authorized federal law enforcement officers, to produce the

1. inmate named above to consult with counsel and be present in the United States District Court, pursuant to 28 U.S.C. §2241(c)(5) and *Pennsylvania Bureau of Correction v. U.S. Marshals Service*, *et al.*, 474 U.S. 34 (1985), at the same time and place above, and from day to day until further order of this court; and thereafter to return the inmate to the above institution;

2. The custodian is ordered to notify the court of any change in custody of this inmate and is ordered to provide the new custodian with a copy of this writ;

3. The movant in this collateral proceeding is indigent; and

4. The Clerk of the Court is directed to serve a courtesy copy of this order and Writ of Habeas Corpus Ad Testificandum on the United States Marshal for the Eastern District of California.

**WRIT OF HABEAS CORPUS AD TESTIFICANDUM**

**TO: THE WARDEN OF FCI LOMPOC, 3600 Guard Road Lompoc, CA 93436:**

**WE COMMAND** you, or any other duly authorized federal law enforcement officers to produce the inmate named above to be present before the United States District Court at the time and place above until further order of this court; and thereafter to return the inmate to the above institution.

**FURTHER,** you are ordered to notify the court of any change in the custody of the inmate and further ordered to provide the new custodian with a copy of this writ.

Dated: July 20, 2015

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE